**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,

v.  Case No.: 1:24−cr−00605
Honorable Edmond E. Chang

Kunshan Guoli Electronic Technology Co., LTD., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 12, 2025:

MINUTE entry before the Honorable Edmond E. Chang as to Kunshan Yiyuan Medical Technology Co., Ltd: The government caused, in the CM/ECF system, a summons to issue to Defendant Kunshan Yiyuan Medical Technology Co., Ltd., which in turn set an initial appearance. At the Court's direction, the courtroom deputy inquired with the government, which reported that the summons was not executed and there was no need for an initial appearance right now. The initial appearance set for 05/13/2025 is vacated. As previously ordered, R. 53, the government shall file another status report as to the two corporate Defendants and Defendant Xiaoqin Du, ex parte and under seal if needed. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.